IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00221-RPM

SHARON KELLY and
COLIN D. WRIGHT,

      Plaintiffs,

v.

ALEX MARUSARZ,

      Defendant.

_____

ORDER GRANTING MOTION FOR DEPOSITIONS BEFORE COMMENCEMENT OF DISCOVERY
_____

      Upon consideration of the Stipulated Motion for Depositions before Commencement of Discovery [6] filed today, it is

      ORDERED that the motion is granted and the parties are permitted to depose plaintiffs and defendant as set forth in the motion.

      Dated: February 1st, 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge