# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00221-RPM

SHARON KELLY and
COLIN D. WRIGHT,

    Plaintiffs,

v.

ALEX MARUSARZ,

    Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

---

    BEFORE ME is the Unopposed Motion to Amend the Scheduling Order. Having reviewed the Motion and being fully advised in the premises therefore, IT IS HEREBY ORDERED that this Motion is GRANTED. Defendant's expert witness disclosure deadline is extended until August 31, 2012; Plaintiffs' rebuttal disclosures shall be due September 30, 2012; and the discovery cut-off is extended until October 15, 2012.

    DATED: July 31st, 2012

                                                           BY THE COURT:

                                                           s/ Richard P. Matsch

                                                           _____
                                                           United States District Court Judge