IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00221-RPM

SHARON KELLY and
COLIN D. WRIGHT,

      Plaintiffs,

v.

ALEX MARUSARZ,

      Defendant.

_____

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL INSPECTION OF SKI
EQUIPMENT AND TO EXTEND EXPERT DISCLOSURE DEADLINE
_____

On August 24, 2012, the defendant filed a Motion to Compel Inspection of Ski Equipment and to Extend Expert Disclosure Deadline [20].  The plaintiffs filed their response objecting to the motion and after considering that response, it is

ORDERED that the motion is granted.

Dated:   September 19th, 2012

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge