**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: November 20, 2012
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 12-cv-00221-RPM

| | |
|---|---|
| SHARON KELLY and | Andrew R. McLetchie |
| COLIN D. WRIGHT, | Daniel M. Fowler |
| Plaintiffs, | |
| v. | |
| ALEX MARUSARZ, | Carl W. Dowdy |
| | Gregory R. Giometti |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Pretrial Conference**

**2:50 p.m.**     **Court in session.**

**ORDERED:**     Plaintiffs' Motion to Strike Certain Defenses and Affirmative Defenses [29], is granted as stated on record.

Oral motion to dismiss plaintiff Colin D. Wright by Mr. McLetchie.

**ORDERED:**     **Plaintiff Colin D. Wright is dismissed.**

Discussion regarding witnesses.

Discussion regarding damages (physicians and doctors).
Counsel stipulate to the admissibility of the Australian medical records and that Australian physicians will not be witnesses at trial.

Discussion regarding Ms. Kelly's current medical condition.

Court states its practice regarding orders of reference to magistrate judge for settlement (joint motion).

Discussion regarding experts and Court's states its view.

November 20, 2012
12-cv-00221-RPM

**ORDERED:**     **Motion to Strike Defendant's Expert Designation and to Preclude Expert Testimony [28], is granted.**

**ORDERED:**     **Three day jury trial scheduled May 20, 2013.**

Further discussion regarding witnesses.
**Janet and Eric Scharling not permitted to testify because of late disclosure.**

Discussion regarding exhibits.
Counsel stipulate to pay records (no records custodian necessary).

**ORDERED:**     **Counsel to submit revised proposed pretrial order by November 27, 2012.**

**3:15 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 20 min.