IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00221-RPM

SHARON KELLY,

    Plaintiff,

v.

ALEX MARUSARZ,

    Defendant.

---

ORDER SETTING TRIAL DATE

---

    The Court having determined that this case is now ready for trial, it is

    ORDERED that this matter is set for trial to jury on **February 18, 2014, at 8:30 a.m., with counsel to be present by 8:00 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    Dated: October 23rd, 2013

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge