IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00221-RPM

SHARON KELLY,

    Plaintiff,

v.

ALEX MARUSARZ,

    Defendant.

---

## ORDER OF DISMISSAL

---

    Pursuant to the Stipulation for Dismissal with Prejudice [41] filed today, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

    Dated: December 10th, 2013

                                                    BY THE COURT:

                                                    s/Richard P. Matsch
                                                    _____
                                                    Richard P. Matsch, Senior District Judge